IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICHARD HOLLOWAY                                                                               PLAINTIFF

v.                                              Case No. 2:13-CV-02104

CORIZON HEALTH, INC.; JOHN DOES A-Z;
JANE DOES A-Z; and RAY HOBBS                                                              DEFENDANTS

## ORDER

Currently before the Court is Defendant Ray Hobbs' Motion to Dismiss Party, requesting that the complaint against Mr. Hobbs be dismissed with prejudice. (Doc. 19). Plaintiff Richard Holloway filed a response to the motion (Doc. 22), agreeing to dismiss, and requesting dismissal of, separate defendant Hobbs. Therefore, the Court finds that Mr. Hobbs' Motion to Dismiss party (Doc. 19) should be and hereby is **GRANTED**, and all claims against Defendant Ray Hobbs are **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to terminate Ray Hobbs as a party to this action.

Also before the Court is a Motion for Discovery (Doc. 23) filed by Mr. Holloway. It appears to the Court that this document was improperly filed with the Court. It appears to simply be a discovery request and the Court will treat it as such. If Defendants fail to properly respond to a discovery request, Mr. Holloway may file an appropriate Motion to Compel in compliance with Local Rule 7.2(g). The Clerk is therefore directed to TERMINATE Mr. Holloway's Motion for Discovery (Doc. 23).

**IT IS SO ORDERED** this 8th day of July, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U. S. DISTRICT JUDGE